IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARON SMITH | : | CIVIL ACTION |
| v. | : | |
| GRASSY SPRAIN GROUP, INC. | : | NO. 23-641 |

ORDER

AND NOW, this 26th day of September, 2023, it is hereby ORDERED that:

(1) The motion of plaintiff Sharon Smith for partial summary judgment as to liability (Doc. # 7) is DENIED.

(2) The motion of defendant Grassy Sprain Group, Inc. for summary judgment (Doc. # 10) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                    J.